AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# ATTACHMENT A

A & S ELECTRONICS, INC., a California Corporation d/b/a TRUSTPRICE, 372 Turquoise St. Milpitas, CA 95035;

SPOT.ME PRODUCTS LLC, a Nevada Limited Liability Company, 112 North Curry Street, Carson City, NV 89703;

ALAN Z. LIN, an Individual, 372 Turquoise St. Milpitas, CA 95035;

BUDGET COMPUTER, a business entity of unknown status, 61 Bronx River Rd. Apt. 5F, Yonkers, NY 10704;

COMPUTECHSALE, LLC, a New Jersey Limited Liability Company, 20 Troy Rd., Ste. 1, Whippany, NJ 07981-1600;

EXPRESSCOMM INTERNATIONAL INC., a California Corporation, 18955 Betley St., Rowland Heights, CA 91748;

FAIRTRADE CORPORATION, a business entity of unknown status, 1911 NE 1st Street, Suite B203, Bellvue, WA 98005;

FCO ELECTRONIC, a business entity of unknown status, 82575 Dillon Rd., Desert Hot Springs, CA 92241;

ITR CONSULTING GROUP, LLC, a Texas Limited Liability Company; 2767 Sleepy Hollow Trail, Frisco, Texas 75034;

RELIABLE BUSINESS PARTNER, INC., a New York Corporation, 4634 Breach 46th St. 2nd Fl., Brooklyn, NY 11224;

LESTER WIEGERS, an individual doing business as ULTRAELECTRONICS, 3145 Tall Pines Court, Ashburn, Virginia 20147; and DOES 1-10, Inclusive,