1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADOBE SYSTEMS INCORPORATED,

           Plaintiff,

    v.

BUDGET COMPUTER, et al.,

           Defendants.

Case No.16-cv-04144-JST

**ORDER TO SHOW CAUSE**

This case was filed on July 22, 2016. ECF No. 1. From the Court's review of the docket, it appears that Defendant Budget Computer has yet to be served.

Plaintiff is now ORDERED TO SHOW CAUSE why Budget Computer should not be dismissed without prejudice as a Defendant. Fed. R. Civ. P. 4(m) (requiring service within 90 days). Defendants Expresscomm International Inc. and Reliable Business Partner, Inc. have been served, ECF Nos. 41, 61, but have not appeared in the case or answered the complaint. Plaintiff must file a request for entry of default as to those two Defendants by June 9, 2017, or SHOW CAUSE why the Court should not dismiss those defendants without prejudice. A written response to this Order is due June 16, 2017.

    IT IS SO ORDERED.

Dated: May 25, 2017

_____
JON S. TIGAR
United States District Judge